**Opinion issued October 6, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00750-CV

———————————

## IN RE TYRONE RICHARD, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Tyrone Richard, acting pro se, has filed a petition for writ of mandamus requesting that we compel the trial court to rule upon his "Leave for Final Summary Judgment of Dismissal."* We deny the petition.

---

\*     The underlying case is *State of Texas v. Approximately $1,189.00*, cause number 2012-53346, in the 61st District Court of Harris County, Texas, the Honorable Erin Lunceford presiding.

## PER CURIAM

Panel consists of Justices Bland, Massengale, and Lloyd.